AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| TRANIK ENTERPRISES, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:16-cv-02931-SVW-JC   **JS-6** |
| YEHUDA FULDA, ET AL. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Judgment in favor of Defendants on the complaint. Counterclaimants' counterclaims are dismissed without leave to amend in this Court and without prejudice to Counterclaimants pursuing their counterclaims in state court. The parties shall bear their own costs and attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge   STEPHEN V. WILSON   without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   April 3, 2017

CLERK OF COURT

*Paul M. Cruz*

Signature of Clerk or Deputy Clerk
Paul M. Cruz, Deputy Clerk
to Judge STEPHEN V. WILSON, U.S. DISTRICT JUDGE